No. 02–9639. HUSK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9640. GONZALEZ-BUSTAMANTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9641. GEROLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9643. GREEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9647. COWELL v. COALTER. C. A. 1st Cir. Certiorari denied.

No. 02–9648. DORROUGH v. GAINES, COMMISSIONER, UNITED STATES PAROLE COMMISSION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–9654. FOGLE v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 02–9655. HODGES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–9656. GONZALEZ-ROJAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9657. GONZALEZ-VARGAS v. UNITED STATES; HERRERA-ORTEGA v. UNITED STATES; NEAL-ESTRADA v. UNITED STATES; and PEREZ-AVALOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9658. PARSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9660. PADILLA-MICHEL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–9661. NICHOLAS v. MIRO, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–9663. BERMUDEZ-BARBA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.